IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MAHER EL MACDAH,**

Petitioner,

v.  Civil Action No. **3:17CV219**

**RICHARD CROPP,** *et al.*,

Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on March 28, 2017, the Court conditionally docketed Petitioner's action. On April 5, 2017, the United States Postal Service returned the March 28, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Released." Since that date, Petitioner has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ MHL
M. Hannah Lauck
United States District Judge

Date: MAY 0 5 2017
Richmond, Virginia